Jamey D. Jimerson
1799 Alicante St
Pomona, CA. 91768

**FILED**

2012 JUL 27 PM 12: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Jamey D. Jimerson, An Individual | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | **CV12-6462** |
| v. | |
| Verifacts Inc. and Does 1-10, inclusive, DEFENDANT(S). | REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, __Jamey D. Jimerson__, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __Law Offices of Robert McCoy, $10HR, 580 a month__

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?   ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?   ☐Yes ☒No
   d. Gifts or inheritances?   ☐Yes ☒No
   e. Any other income (other than listed above)?   ☐Yes ☒No
   f. Loans?   ☒Yes ☐No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: __FAFSA School loan, $7540.00.__

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☒Yes  ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   CHECKING - 10,000.00, SAVINGS -$1,500.00 - Currently CHK-$54.00, SAV-$950.00   7/12   $950.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes  ☒No

   If the answer is yes, describe the property and state its approximate value: _____

5. In what year did you last file an Income Tax return? __2010__
   Approximately how much income did your last tax return reflect? $12,000

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__CALIFORNIA__   __Los Angeles County__
State              County (or City)

I, __JAMES JIMERSON__, declare under penalty of perjury that the foregoing is true and correct.

__7/27/12__                     By __[signature]__
Date                            Plaintiff/Petitioner (Signature)