**JAMEY D. JIMERSON**
1799 Alicante St.
Pomona, CA 91768
Telephone: (909) 717-4503
Facsimile: (424) 785-1126
E-mail: jjjetplan3@gmail.com

Plaintiff in Pro Per
JAMEY D. JIMERSON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

**CV12-6462**

JAMEY D. JIMERSON, an individual,

        Plaintiff,

vs.

VERIFACTS INC., a corporation, and DOES 1-10, inclusive,

        Defendants.

Case No.:

**COMPLAINT FOR:**

**1) VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA),[ 15 U.S.C. §1681b] (3)(A) AND CIVIL LIABILITY FOR WILLFUL NONCOMPLIANCE [15 U.S.C. § 1681n].**

**DEMAND FOR JURY TRIAL**

## COMPLAINT

Come now PLAINTIFF JAMEY D. JIMERSON, an individual, and complain and allege against Defendant VERIFACTS INC.and DOE DEFENDANTS 1 through 50 as follows:

### VENUE AND JURISDICTION

1. This action is brought pursuant to (FCRA) 15 U.S.C. §1681 *et seq*.

//

2.  Jurisdiction is founded on 15 U.S.C. § 1681p Statutory Provisions of the FCRA. Venue is proper in the Central District of California.  The injuries occurred in the County of Los Angeles City of Pomona, California.

3.  All conditions precedent to the bringing of this action have been preformed, waived or excused.

## COMMON ALLEGATIONS

4.  At all relevant times mentioned in the Complaint, Plaintiff was licensed to do business in the County of Los Angeles, State of California.

5.  At all times mentioned herein, VERIFACTS INC. is a private entity (hereinafter referred to as "VI").

6.  Plaintiff is ignorant of the true names and capacities of those Defendants sued herein as DOES 1 through 10 inclusive, and therefore sues them by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of said DOE Defendants when the same are ascertained.

7.  Plaintiff is informed and believes and, based upon such information and belief, alleges that each of the Defendants is responsible in some manner for the events and happenings referred to herein and was the legal cause of statutory injury to Plaintiff as herein alleged.

8.  PLAINTIFF is informed and believes and thereon alleges that at all times herein mentioned, Defendant VI and DOE DEFENDANTS 1 through 10 (herein

collectively referred to as (CO-CONSPIRATORS), were authorized to conduct business in the County of Los Angeles and the State of California. At all times relevant hereto, said DEFENDANTS were acting within the course and scope of their corporate license within the County of Los Angeles and State of California.

9.  At all times relevant hereto, DEFENDANTS employed organized, unlawful and illegal customs and practices of privacy violations, making inaccurate statements in correspondence, illegally obtaining personal information, and intentionally causing emotional distress upon PLAINTIFF. Said misconduct was known by, encouraged, tolerated and/ or condoned by said DEFENDANTS.

10. This action arises from statutory damages sustained by Plaintiff as a result of the inquiry on his consumer credit report by Defendants and each of them.

11. Plaintiff received a copy of his "EXPERIAN consumer credit report" on February 09, 2012.

12. After reviewing the EXPERIAN consumer credit report Plaintiff noticed an unauthorized inquiry by Defendant VI on 6/15/2011.

13. Said "EXPERIAN consumer credit report" is attached to this complaint as exhibit "A".

14. Plaintiff sent a letter to Defendant VI  on March 02, 2012 titled "Unauthorized Credit Inquiry" via "USPS certified mailing receipt #7011-1570-

0002-9467-7748" requesting the removal of the inquiry and stating if Plaintiff is in remiss to provide proof of such authorization.

15. Said "Unauthorized Credit Inquiry" letter is attached to this complaint as exhibit "B".

16. Said "USPS certified mailing receipt # 7011-1570-0002-9467-7748" is attached to this complaint as exhibit "C".

17. Plaintiff received a letter from Defendant "VI " on or about March 08, 2012, titled "Response to letter dated 3-2-12" in which Defendant "VI" sated it had "no interest" in any account or debt to be collected from Plaintiff. Also stating. "Verifacts, Inc. has a permissible purpose under the Fair Credit Reporting Act…".

18. Said "Response to letter dated 3-2-12" is attached to this complaint as exhibit "D".

19. Upon receipt of the "Response to letter dated 3-2-12" Plaintiff came to the conclusion that Defendant "VI" did not provide in the mailing, origional documentation of a credit transition between Plaintiff and Defendant "VI".

20. Plaintiff sent a response letter to Defendant "VI" on May 09, 2012 titled "Notice of Pending Lawsuit" via "USPS Certified mailing receipt# 7007-0710-0002-8676-6104" in an attempt to persuade Defendant "VI" to settle the matter amicably with the hope documentable authorization of a credit transaction would

be submitted to Plaintiff by Defendant "VI". Plaintiff reserved silently, the

documentation permissible under the (FCRA) 15 U.S.C. §1681 would be provided.

21. Said "Notice of Pending Lawsuit" is attached to this complaint as exhibit

"E".

22. Said "USPS certified mailing receipt# 7007-0710-0002-8676-6104" is

attached to this complaint as exhibit "F".

23. Plaintiff received a letter from Defendant "VI" on or about May 18, 2012

titled "RE: Response to Notice of Pending Lawsuit". Defendant "VI" included

admission of a inquiry on Plaintiffs consumer credit report, "Verifacts

obtained…information from a consumer reporting agency". In addition stating

"We obtained…information…in connection with the collection of a debt".

24. Said "RE: Response to Notice of Pending Lawsuit" is attached to this

complaint as exhibit "G".

25. Plaintiff sent an email on July 25, 2012 titled "Compliance & Privacy

Department-RE: Jamey Jimerson" from Plaintiffs Email address

JJJetplan3@gmail.com to Defendant "VI" business email address,

sales@skiptracers.com listed on Defendant "VI" public web site

"www.skiptracers.com" .  Which was an attempt by Plaintiff to show the error of

Defendant "VI" claims of permissible purpose under (FCRA) 15 U.S.C. §1681.

26. Said email"Compliance & Privacy Department-RE: Jamey Jimerson" is attached to this complaint as exhibit "H".

27. Said web site " www.skiptracers.com" is attached to this complaint as exhibit "I".

## FIRST CAUSE OF ACTION

## VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681b (3)(A) AND CIVIL LIABILITY FOR WILLFUL NONCOMPLIANCE [15 U.S.C. § 1681n].

### Against All Defendants

28. Paragraphs 1 through 27 are realleged as though fully set forth herein.

29. Plaintiff re-alleges, adopts and incorporates as if set forth at length hereat, and to the extent applicable, paragraphs 1 through 30 above.

30.  In doing the things set forth above, Defendants, and each of them, violated Plaintiffs' rights against inaccurate and unfair credit reporting as guaranteed by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681.

31.  As set forth above, those violations include, but are not limited to, impermissible purpose in requesting Plaintiff's consumer credit report from EXPERIAN, a credit reporting agency.  In accurate reporting of a presumed credit transaction with Plaintiff. Adverse Action resulting in unfavorable changes to Plaintiff's consumer credit report. Written statements of false pretenses with a

knowledge of the (FCRA) permissible purpose requirements when obtaining of

Plaintiffs' consumer report presumes a pattern of willful noncompliance.

32.  As a proximate result of the actions of Defendants, and each of them,

Plaintiff was caused to endure unfavorable credit reporting and judgment from that

inaccurate reporting of a possible debt owed to Defendants, and each of them.

Plaintiff was also caused an unfair breach in the privacy afforded to the Plaintiff

under the law. Other relevant damages incurred by the Plaintiff will be more

specifically proven at trial.

33. As a proximate result of the actions of Defendants, and each of them,

Plaintiff has been injured in mind as well as financially all in a value determined

by proof at trial.

## **PRAYER**

WHEREFORE, Plaintiff requests a trial by jury and pray judgment against the

Defendants as follows:

## **AS TO THE FIRST CAUSE OF ACTION –**

1.      Statutory damages in an amount to be determined by proof at trial;

2.      Attorney's Fees and Costs of litigation pursuant to §42 U.S.C. 1988;

3.      Interest according to law; and

4.      Any other and further relief that the Plaintiff may be entitled to and the

        Court deems just and proper.

1

2  Dated:  July 26, 2012

3

4

5           By: _____

6                BY JAMEY D. JIMERSON,
                 **Plaintiff in Pro Per**
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                                           Page 8

## **DEMAND FOR JURY TRIAL**

        PLAINTIFF JAMEY D. JIMERSON hereby respectfully demands that the present matter be set for a jury trial.


Dated:  July 26, 2012


                          By: _____
                              JAMEY D. JIMERSON,
                              Plaintiff in Pro Per

COMPLAINT                                                                 Page 9

# EXHIBIT A

*No phone number available*

## BANK OF AMERICA

**Address:**
PO POX 17054
WILMINGTON DE 19850
(800) 421-2110

**Date of Request:**
07/22/2011

## AUTOMOBILE CLUB OF S CAL

**Address:**
3333 FAIRVIEW RD # A475
COSTA MESA CA 92626
*No phone number available*

**Date of Request:**
06/24/2011

## PRAXIS FINANCIAL SOLUTIO

**Address:**
7301 N LINCOLN AVE STE 220
LINCOLNWOOD IL 60712
*No phone number available*

**Date of Request:**
06/21/2011

## VERIFACTS INC

**Address:**
204 1ST AVE
STERLING IL 61081
*No phone number available*

**Date of Request:**
06/15/2011

## AMEX ACCOUNT REVIEW

**Address:**
PO BOX 981537
EL PASO TX 79998
(800) 874-2717

**Date of Request:**
06/05/2011

## CONVERGENT OUTSOURCING

**Address:**
800 SW 39TH ST
RENTON WA 98057
*No phone number available*

**Date of Request:**
04/18/2011



 **X** Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**JAMEY  JIMERSON**
Your report number is
**0585-5977-48**
Report date:
**02/09/2012**

Index:

- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us
back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review
back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

| Payment history legend | |
|---|---|
| OK | VS |



| | Current/Terms of agreement met | | Voluntarily surrendered |
|---|---|---|---|
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**AMERICAN EXPRESS**

**Address:**
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

**Account Number:**
3499914158374753

**Address Identification Number:**
0180340715

**Status:** Account charged off. $6,450 written off. $6,450 past due as of Nov 2011.

**Status Details:** This account is scheduled to continue on record until Apr 2014.

**Date Opened:**
02/2005
**Reported Since:**
10/2007
**Date of Status:**
10/2007
**Last Reported:**
11/2011

**Type:**
Credit card
**Terms:**
NA
**Monthly Payment:**
$0
**Responsibility:**
Individual

**Credit Limit/Original Amount:**
NA
**High Balance:**
$6,450
**Recent Balance:**
$6,450 as of 11/2011
**Recent Payment:**
$0

**Creditor's Statement:** Account closed at credit grantor's request.

**Payment History:**

| 2011 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2010 DEC |
| CO | CO | CO | CO | CO | CO | ND | ND | ND | ND | ND | ND |

| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| MAR | FEB | JAN | 2009 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| MAR | FEB | JAN | 2008 DEC | NOV | OCT | SEP | AUG |
|---|---|---|---|---|---|---|---|
| ND | ND | ND | ND | ND | ND | ND | ND |

| JUL | JUN | MAY | APR | MAR | FEB | JAN | 2007 DEC | NOV | OCT |
|---|---|---|---|---|---|---|---|---|---|
| ND | ND | ND | ND | ND | ND | ND | ND | ND | CO |

**Account History:**
Charge Off as of Nov 2011, Oct 2011, Sep 2011, Aug 2011, Jul 2011, Oct 2007

**Balance History - The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
Oct 2011: $6,450 / no data / no data / no data
Sep 2011: $6,450 / no data / no data / no data
Aug 2011: $6,450 / no data / no data / no data
Jul 2011: $6,450 / no data / no data / no data



Between Jul 2011 and Oct 2011, your credit limit/high balance
was $6,450

**BANK OF AMERICA**

**Address:**
PO BOX 982238
EL PASO, TX 79998
(800) 421-2110
**Address Identification Number:**
0180340715

**Account Number:**
431351099753....

**Status:** Account charged off. $1,810 written off. $282 past
due as of Mar 2010.

**Status Details:** This account is scheduled to continue on
record until Jul 2016.

| | | |
|---|---|---|
| **Date Opened:**<br>09/2005 | **Type:**<br>Credit card | **Credit Limit/Original Amount:**<br>$1,500 |
| **Reported Since:**<br>10/2005 | **Terms:**<br>NA | **High Balance:**<br>$1,810 |
| **Date of Status:**<br>03/2010 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>$1,810 as of 03/2010 |
| **Last Reported:**<br>03/2010 | **Responsibility:**<br>Individual | **Recent Payment:**<br>$0 |

**Payment History:**

| 2010 | | 2009 | | | | | | | | | | | | 2008 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CO | 150 | 120 | 90 | 60 | 30 | CLS | CLS | CLS | CLS | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

| | | | | | | | | 2007 | | | | | | | | | | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | 2005 | | | |
|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
Charge Off as of Mar 2010
180 days past due as of Mar 2010
150 days past due as of Feb 2010
120 days past due as of Jan 2010, May 2009, Apr 2009, Mar
2009
90 days past due as of Dec 2009, Feb 2009
60 days past due as of Nov 2009, Jan 2009
30 days past due as of Oct 2009, Dec 2008

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Mar 2010: $1,810 / no data / no data / no data
Feb 2010: $1,787 / no data / no data / no data

Between Feb 2010 and Mar 2010, your credit limit/high balance
was $1,500

**CHASE/CIRCUIT CITY**

**Address:**
PO BOX 15298
WILMINGTON, DE 19850
(800) 955-9900
**Address Identification Number:**
0180340715

**Account Number:**
182000000253....

**Status:** Closed. $3,391 past due as of Nov 2010.

④

**Date Opened:**
03/2005
**Reported Since:**
03/2005
**Date of Status:**
11/2010
**Last Reported:**
11/2010

**Type:**
Credit card
**Terms:**
NA
**Monthly Payment:**
$0
**Responsibility:**
Joint with W JIMERSON

**Credit Limit/Original Amount:**
$3,000
**High Balance:**
$3,391
**Recent Balance:**
NA
**Recent Payment:**
NA

**Creditor's Statement:** Purchased by another lender.

**Payment History:**

| 2010 | | | | | | | | | | 2009 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| CLS | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 |

| | | | 2008 | | | | | | | | | | | | | 2007 | | | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

(2006 label above DEC; 2005 label above DEC at end)

| NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
180 days past due as of Apr 2009 to Oct 2010
150 days past due as of Mar 2009
120 days past due as of Feb 2009
90 days past due as of Jan 2009
60 days past due as of Dec 2008
30 days past due as of Nov 2008

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Oct 2010: $3,391 / September 24, 2008 / no data / no data
Sep 2010: $3,391 / September 24, 2008 / no data / no data
Aug 2010: $3,391 / September 24, 2008 / no data / no data
Jul 2010: $3,391 / September 24, 2008 / no data / no data
Jun 2010: $3,391 / September 24, 2008 / no data / no data
May 2010: $3,391 / no data / no data / no data
Apr 2010: $3,391 / no data / no data / no data
Mar 2010: $3,391 / no data / no data / no data
Feb 2010: $3,391 / no data / no data / no data

Between Feb 2010 and Oct 2010, your credit limit/high balance
was $3,000

**ER SOLUTIONS**
**Address:**
800 SW 39TH ST
RENTON, WA 98057
(800) 444-8485
**Address Identification Number:**
0706740912

**Account Number:**
77411048

**Original Creditor:**
SPRINT

*Ref # 3094797*

**Status:** Collection account. $1,211 past due as of May 2011.    **Status Details:** This account is scheduled to continue on record until Jul 2015.

**Date Opened:**
04/2011
**Reported Since:**
05/2011
**Date of Status:**
05/2011

**Type:**
Collection
**Terms:**
1 Months
**Monthly Payment:**
$0

**Credit Limit/Original Amount:**
$1,211
**High Balance:**
NA
**Recent Balance:**
$1,211 as of 05/2011

⑤

**Last Reported:**
05/2011

**Responsibility:**
Individual

**Recent Payment:**
$0

**Payment History:**

2011
MAY
 C

**Account History:**
Collection as of May 2011

---

**INLAND EMPIRE CREDIT UNI**

**Address:**
435 W MISSION BLVD STE 100
POMONA, CA 91766
*No phone number available*

**Account Number:**
26854....

**Address Identification Number:**
0180340715

**Status:** Open.

**Status Details:** By Sep 2016, this account is scheduled to go to a positive status.

**Date Opened:**
10/2007

**Reported Since:**
10/2007

**Date of Status:**
03/2010

**Last Reported:**
01/2012

**Type:**
Installment

**Terms:**
60 Months

**Monthly Payment:**
$300

**Responsibility:**
Individual

**Credit Limit/Original Amount:**
$13,995

**High Balance:**
NA

**Recent Balance:**
$4,882 as of 01/2012

**Recent Payment:**
$0

**Payment History:**

| 2012 | 2011 | | | | | | | | | | | | 2010 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | | 2009 | | | | | | | | | | | | 2008 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | OK | OK | 30 | 30 | 30 | OK | OK | OK | OK | 30 | 60 | 30 | OK | 30 | OK | 90 | 60 | 60 | 30 |

| | | | | | | | | 2007 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| 30 | 30 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
90 days past due as of Jan 2009
60 days past due as of Jun 2009, Dec 2008, Nov 2008
30 days past due as of Dec 2009 to Feb 2010, Jul 2009, May 2009, Mar 2009, Jul 2008 to Oct 2008

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $5,093 / December 2, 2011 / $300 / no data
Nov 2011: $5,351 / November 4, 2011 / $300 / no data
Oct 2011: $5,615 / October 12, 2011 / $300 / no data
Sep 2011: $5,872 / September 19, 2011 / $300 / no data
Aug 2011: $6,107 / August 15, 2011 / $300 / no data
Jul 2011: $6,364 / July 28, 2011 / $300 / no data
Jun 2011: $6,562 / June 10, 2011 / $300 / no data
May 2011: $6,795 / May 9, 2011 / $300 / no data
Apr 2011: $7,023 / April 5, 2011 / $300 / no data
Mar 2011: $7,250 / March 3, 2011 / $300 / no data
Feb 2011: $7,502 / February 8, 2011 / $300 / no data
Jan 2011: $7,725 / January 6, 2011 / $300 / no data
Dec 2010: $7,955 / December 8, 2010 / $300 / no data
Nov 2010: $8,181 / November 8, 2010 / $300 / no data
Oct 2010: $8,395 / October 5, 2010 / $300 / no data

⑥

Sep 2010: $8,627 / September 7, 2010 / $300 / no data
Aug 2010: $8,842 / August 6, 2010 / $300 / no data
Jul 2010: $9,058 / July 6, 2010 / $300 / no data
Jun 2010: $9,272 / June 5, 2010 / $300 / no data
May 2010: $9,465 / no data / no data / no data
Apr 2010: $9,465 / no data / no data / no data
Mar 2010: $9,640 / no data / no data / no data
Feb 2010: $9,849 / no data / no data / no data

The original amount of this account was $13,995

*(handwritten: NOTICE OF INTENT TO SUE)*

*(handwritten: FAIR CREDIT REPORTING ACT)*

## MILITARY STAR

**Address:**
3911 S WALTON WALKER BLVD
DALLAS, TX 75236
(877) 891-7827
**Address Identification Number:**
0180340715

**Account Number:**
601944160059....

**Status:** Transferred,closed.

| | | |
|---|---|---|
| **Date Opened:** 01/2006 | **Type:** Revolving | **Credit Limit/Original Amount:** $2,400 |
| **Reported Since:** 01/2006 | **Terms:** NA | **High Balance:** $1,040 |
| **Date of Status:** 12/2008 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 12/2008 | **Responsibility:** Individual | **Recent Payment:** NA |

**Payment History:**

| 2008 | | | | | | | | | | | | 2007 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY |
| CLS | 60 | 30 | OK | OK | 30 | OK | OK | OK | OK | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | | | 2006 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
60 days past due as of Nov 2008, Mar 2008
30 days past due as of Oct 2008, Jul 2008, Feb 2008

## PORTFOLIO RECOVERY ASSOCIATES

**Address:**
120 CORPORATE BLVD STE 100
NORFOLK, VA 23502
(800) 772-1413
**Address Identification Number:**
0180340715

**Account Number:**
403784001079....

**Original Creditor:**
U.S. BANK NATIONAL ASSOCIATION

**Status:** Collection account. $7,317 past due as of Jan 2012.

**Status Details:** This account is scheduled to continue on record until Dec 2014.

| | | |
|---|---|---|
| **Date Opened:** 02/2009 | **Type:** Installment | **Credit Limit/Original Amount:** $6,095 |
| **Reported Since:** 04/2009 | **Terms:** 1 Months | **High Balance:** NA |
| **Date of Status:** 04/2009 | **Monthly Payment:** $0 | **Recent Balance:** $7,317 as of 01/2012 |
| **Last Reported:** 01/2012 | **Responsibility:** Individual | **Recent Payment:** $0 |

⑦

**Payment History:**

| 2012 | 2011 | | | | | | | | | | | 2010 | | | | | | |
|------|------|---|---|---|---|---|---|---|---|---|---|------|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C | C |

| MAY | APR | MAR | FEB | | JAN | | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | 2009 | | | | | | | | | | |
| MAY | APR | MAR | FEB | DEC | JAN | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | |
| C | C | C | C | C | C | C | C | C | C | C | C | C | C | |

**Account History:** ⊘ 2009 ⊘ 2012
Collection as of Apr 2009 to Jan 2012

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $7,276 / no data / no data / no data
Nov 2011: $7,243 / no data / no data / no data
Oct 2011: $7,211 / no data / no data / no data
Sep 2011: $7,170 / no data / no data / no data
Aug 2011: $7,137 / no data / no data / no data
Jul 2011: $7,096 / no data / no data / no data
Jun 2011: $7,063 / no data / no data / no data
May 2011: $7,030 / no data / no data / no data
Apr 2011: $6,990 / no data / no data / no data
Mar 2011: $6,957 / no data / no data / no data
Feb 2011: $6,924 / no data / no data / no data
Jan 2011: $6,891 / no data / no data / no data
Dec 2010: $6,850 / no data / no data / no data
Nov 2010: $6,818 / no data / no data / no data
Oct 2010: $6,777 / no data / no data / no data
Sep 2010: $6,744 / no data / no data / no data
Aug 2010: $6,716 / no data / no data / no data
Jul 2010: $6,670 / no data / no data / no data
Jun 2010: $6,638 / no data / no data / no data
May 2010: $6,605 / no data / no data / no data
Apr 2010: $6,564 / no data / no data / no data
Mar 2010: $6,531 / no data / no data / no data
Feb 2010: $6,499 / no data / no data / no data

The original amount of this account was $6,095

**US BANK**
**Address:**                        **Account Number:**
PO BOX 108                          403784001079....
SAINT LOUIS, MO 63166
(866) 234-4750
**Address Identification Number:**
0180340715
**Status:** Transferred,closed. $6,107 written off.

| **Date Opened:** 06/2007 | **Type:** Credit card | **Credit Limit/Original Amount:** $5,000 |
|---|---|---|
| **Reported Since:** 06/2007 | **Terms:** NA | **High Balance:** $6,311 |
| **Date of Status:** 03/2009 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 03/2009 | **Responsibility:** Individual | **Recent Payment:** NA |

**Creditor's Statement:** Account transferred to another lender.

**Payment History:**

| 2009 | | | 2008 | | | | | | | | | | | 2007 | | | | | |
|------|-----|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| CLS | CO | CO | CO | CO | CO | CO | CO | ND | 150 | 120 | 90 | 30 | 30 | OK | OK | OK | OK | OK | OK |

Case 2:12-cv-00462-RGK-MRW    Document 1-1    Filed 07/27/12    Page 19 of 57    Page ID #:21

JUL JUN
OK   OK

**Account History:**
Charge Off as of Sep 2008 to Feb 2009
150 days past due as of Jul 2008
120 days past due as of Jun 2008
90 days past due as of May 2008
30 days past due as of Apr 2008, Mar 2008

**USAA FEDERAL SAVINGS BK**

| Address: | Account Number: |
|---|---|
| PO BOX 33009 | 4437.... |
| SAN ANTONIO, TX 78265 | |
| *No phone number available* | |

**Address Identification Number:**
0180340715

**Status:** Account charged off. $15,423 written off. $13,474 past due as of Apr 2009.

**Status Details:** This account is scheduled to continue on record until Jun 2015.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 05/2006 | Installment | $21,821 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 03/2006 | 71 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 02/2009 | $0 | $13,474 as of 04/2009 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 04/2009 | Joint with WILLIE JIM JIMERSON | $1,948 |

**Payment History:**

| 2009 | | | | 2008 | | | | | | | | | | | | | 2007 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP |
| CO | CO | CO | 90 | 60 | 30 | 30 | 30 | OK | OK | 30 | 30 | 30 | 30 | 30 | OK | OK | OK | OK | OK |

| | | | | | | | 2006 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account History:**
Charge Off as of Feb 2009 to Apr 2009
90 days past due as of Jan 2009
60 days past due as of Dec 2008
30 days past due as of Sep 2008 to Nov 2008, Feb 2008 to Jul 2008

## Accounts in Good Standing

back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

**AMERICAN EXPRESS**

| Address: | Account Number: |
|---|---|
| PO BOX 981537 | 3499906153785463 |
| EL PASO, TX 79998 | |
| (800) 874-2717 | |

**Address Identification Number:**
0180340715

**Status:** Closed/Never late.

**Status Details:** This account is scheduled to continue on record until May 2013.

| | | |
|---|---|---|
| **Date Opened:**<br>05/2003 | **Type:**<br>Credit card | **Credit Limit/Original Amount:**<br>$6,000 |
| **Reported Since:**<br>05/2008 | **Terms:**<br>NA | **High Balance:**<br>$6,401 |
| **Date of Status:**<br>05/2008 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>NA |
| **Last Reported:**<br>05/2008 | **Responsibility:**<br>Undesignated | **Recent Payment:**<br>NA |

**Creditor's Statement:** Account closed at credit grantor's request.

**Payment History:**

2008
MAY
CLS


**DEPT OF EDUCATION/SALLIE MAE**

**Address:**
PO BOX 9635
WILKES BARRE, PA 18773
(800) 722-1300

**Account Number:**
96761533951E0012009....

**Address Identification Number:**
0180340715

**Status:** Open/Never late. Deferred, payments begin Mar 2014.

| | | |
|---|---|---|
| **Date Opened:**<br>04/2009 | **Type:**<br>Installment | **Credit Limit/Original Amount:**<br>$3,000 |
| **Reported Since:**<br>10/2009 | **Terms:**<br>120 Months | **High Balance:**<br>NA |
| **Date of Status:**<br>01/2012 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>$3,595 as of 01/2012 |
| **Last Reported:**<br>01/2012 | **Responsibility:**<br>Individual | **Recent Payment:**<br>$0 |

**Payment History:**

| 2012 | 2011 | | | | | | | | | | | | 2010 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | | | | |
| OK | ND | ND | ND | ND | ND | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | |

| | | | | 2009 | | | | 
|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $3,575 / no data / $0 / no data
Nov 2011: $3,555 / no data / $0 / no data
Oct 2011: $3,536 / no data / $0 / no data
Sep 2011: $3,516 / no data / $0 / no data
Aug 2011: $3,496 / no data / $39 / no data
Jul 2011: $3,476 / no data / $39 / no data
Jun 2011: $3,457 / no data / $0 / no data
May 2011: $3,438 / no data / $39 / no data
Apr 2011: $3,418 / no data / $39 / no data
Mar 2011: $3,399 / no data / $39 / no data
Feb 2011: $3,382 / no data / $0 / no data
Jan 2011: $3,366 / no data / $0 / no data
Dec 2010: $3,349 / no data / Unknown / no data
Nov 2010: $3,331 / no data / Unknown / no data
Oct 2010: $3,314 / no data / Unknown / no data
Sep 2010: $3,297 / no data / Unknown / no data
Aug 2010: $3,280 / no data / Unknown / no data
Jul 2010: $3,263 / no data / Unknown / no data

⑩

Jun 2010: $3,246 / no data / Unknown / no data
May 2010: $3,229 / no data / no data / no data
Apr 2010: $3,212 / no data / no data / no data
Mar 2010: $3,195 / no data / no data / no data
Feb 2010: $3,178 / no data / no data / no data

The original amount of this account was $3,000


**DEPT OF EDUCATION/SALLIE MAE**

| | |
|---|---|
| **Address:** | **Account Number:** |
| PO BOX 9635 | 96761533951E0022009.... |
| WILKES BARRE, PA 18773 | |
| (800) 722-1300 | |
| **Address Identification Number:** | |
| 0180340715 | |

**Status:** Open/Never late. Deferred, payments begin Mar 2014.

| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
|---|---|---|
| 04/2009 | Installment | $1,750 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 10/2009 | 120 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 01/2012 | $0 | $1,792 as of 01/2012 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 01/2012 | Individual | $0 |

**Payment History:**

| 2012 | 2011 | | | | | | | | | | | 2010 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | | |
| OK | ND | ND | ND | ND | ND | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |

| | | | | 2009 | | | |
|---|---|---|---|---|---|---|---|
| MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $1,792 / no data / $0 / no data
Nov 2011: $1,792 / no data / $0 / no data
Oct 2011: $1,792 / no data / $0 / no data
Sep 2011: $1,792 / no data / $0 / no data
Aug 2011: $1,794 / no data / $19 / no data
Jul 2011: $1,785 / no data / $19 / no data
Jun 2011: $1,776 / no data / $0 / no data
May 2011: $1,768 / no data / $19 / no data
Apr 2011: $1,759 / no data / $19 / no data
Mar 2011: $1,750 / no data / $19 / no data
Feb 2011: $1,750 / no data / $0 / no data
Jan 2011: $1,750 / no data / $0 / no data
Dec 2010: $1,750 / no data / Unknown / no data
Nov 2010: $1,750 / no data / Unknown / no data
Oct 2010: $1,750 / no data / Unknown / no data
Sep 2010: $1,750 / no data / Unknown / no data
Aug 2010: $1,750 / no data / Unknown / no data
Jul 2010: $1,750 / no data / Unknown / no data
Jun 2010: $1,750 / no data / Unknown / no data
May 2010: $1,750 / no data / no data / no data
Apr 2010: $1,750 / no data / no data / no data
Mar 2010: $1,750 / no data / no data / no data
Feb 2010: $1,750 / no data / no data / no data

The original amount of this account was $1,750


**DEPT OF EDUCATION/SALLIE MAE**

⑪

**Address:**
PO BOX 9635
WILKES BARRE, PA 18773
(800) 722-1300

**Account Number:**
96761533951E0032009....

**Address Identification Number:**
0180340715

**Status:** Open/Never late. Deferred, payments begin Mar 2014.

| | | |
|---|---|---|
| **Date Opened:** 07/2009 | **Type:** Installment | **Credit Limit/Original Amount:** $1,750 |
| **Reported Since:** 10/2010 | **Terms:** 120 Months | **High Balance:** NA |
| **Date of Status:** 01/2012 | **Monthly Payment:** $0 | **Recent Balance:** $1,790 as of 01/2012 |
| **Last Reported:** 01/2012 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Payment History:**

| 2012 | 2011 | | | | | | | | | | | 2010 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | ND | ND | ND | ND | ND | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $1,790 / no data / $0 / no data
Nov 2011: $1,790 / no data / $0 / no data
Oct 2011: $1,790 / no data / $0 / no data
Sep 2011: $1,790 / no data / $0 / no data
Aug 2011: $1,791 / no data / $19 / no data
Jul 2011: $1,783 / no data / $19 / no data
Jun 2011: $1,774 / no data / $0 / no data
May 2011: $1,766 / no data / $19 / no data
Apr 2011: $1,758 / no data / $19 / no data
Mar 2011: $1,750 / no data / $19 / no data
Feb 2011: $1,750 / no data / $0 / no data
Jan 2011: $1,750 / no data / $0 / no data
Dec 2010: $1,750 / no data / Unknown / no data
Nov 2010: $1,750 / no data / Unknown / no data
Oct 2010: $1,750 / no data / Unknown / no data

The original amount of this account was $1,750

**DEPT OF EDUCATION/SALLIE MAE**

**Address:**
PO BOX 9635
WILKES BARRE, PA 18773
(800) 722-1300

**Account Number:**
96761533951E0042009....

**Address Identification Number:**
0180340715

**Status:** Open/Never late. Deferred, payments begin Mar 2014.

| | | |
|---|---|---|
| **Date Opened:** 07/2009 | **Type:** Installment | **Credit Limit/Original Amount:** $3,000 |
| **Reported Since:** 10/2010 | **Terms:** 120 Months | **High Balance:** NA |
| **Date of Status:** 01/2012 | **Monthly Payment:** $0 | **Recent Balance:** $3,535 as of 01/2012 |
| **Last Reported:** 01/2012 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Payment History:**

| 2012 | 2011 | | | | | | | | | | | 2010 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | ND | ND | ND | ND | ND | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK |

(12)

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $3,515 / no data / $0 / no data
Nov 2011: $3,496 / no data / $0 / no data
Oct 2011: $3,476 / no data / $0 / no data
Sep 2011: $3,457 / no data / $0 / no data
Aug 2011: $3,438 / no data / $39 / no data
Jul 2011: $3,418 / no data / $39 / no data
Jun 2011: $3,399 / no data / $0 / no data
May 2011: $3,380 / no data / $38 / no data
Apr 2011: $3,361 / no data / $38 / no data
Mar 2011: $3,342 / no data / $38 / no data
Feb 2011: $3,325 / no data / $0 / no data
Jan 2011: $3,309 / no data / $0 / no data
Dec 2010: $3,292 / no data / Unknown / no data
Nov 2010: $3,274 / no data / Unknown / no data
Oct 2010: $3,258 / no data / Unknown / no data

The original amount of this account was $3,000

## DEPT OF EDUCATION/SALLIE MAE

| Address: | Account Number: |
|---|---|
| PO BOX 9635 | 96761533951E0052009.... |
| WILKES BARRE, PA 18773 | |
| (800) 722-1300 | |

**Address Identification Number:**
0180340715

**Status:** Open/Never late. Deferred, payments begin Mar 2014.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 11/2009 | Installment | $6,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 10/2010 | 120 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 01/2012 | $0 | $6,877 as of 01/2012 |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 01/2012 | Individual | $0 |

**Payment History:**

| 2012 | 2011 | | | | | | | | | | | | 2010 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | ND | ND | ND | ND | ND | ND | OK | ND | OK | OK | OK | OK | OK | OK | OK |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $6,838 / no data / $0 / no data
Nov 2011: $6,800 / no data / $0 / no data
Oct 2011: $6,763 / no data / $0 / no data
Sep 2011: $6,724 / no data / $0 / no data
Aug 2011: $6,687 / no data / $76 / no data
Jul 2011: $6,649 / no data / $76 / no data
Jun 2011: $6,611 / no data / $0 / no data
May 2011: $6,575 / no data / $75 / no data
Apr 2011: $6,538 / no data / $75 / no data
Mar 2011: $6,501 / no data / $75 / no data
Feb 2011: $6,466 / no data / $0 / no data
Jan 2011: $6,435 / no data / $0 / no data
Dec 2010: $6,401 / no data / Unknown / no data
Nov 2010: $6,366 / no data / Unknown / no data
Oct 2010: $6,332 / no data / Unknown / no data

The original amount of this account was $6,000

## DEPT OF EDUCATION/SALLIE MAE



2/9/2012 1:43 PM

**Address:**
PO BOX 9635
WILKES BARRE, PA 18773
(800) 722-1300

**Account Number:**
96761533951E0062009....

**Address Identification Number:**
0180340715

**Status:** Open/Never late. Deferred, payments begin Mar 2014.

| **Date Opened:** 11/2009 | **Type:** Installment | **Credit Limit/Original Amount:** $3,500 |
|---|---|---|
| **Reported Since:** 10/2010 | **Terms:** 120 Months | **High Balance:** NA |
| **Date of Status:** 01/2012 | **Monthly Payment:** $0 | **Recent Balance:** $3,580 as of 01/2012 |
| **Last Reported:** 01/2012 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Payment History:**

| 2012 | | | | 2011 | | | | | | | | | | 2010 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| OK | ND | ND | ND | ND | ND | OK | ND | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*

Dec 2011: $3,580 / no data / $0 / no data
Nov 2011: $3,580 / no data / $0 / no data
Oct 2011: $3,580 / no data / $0 / no data
Sep 2011: $3,580 / no data / $0 / no data
Aug 2011: $3,583 / no data / $38 / no data
Jul 2011: $3,566 / no data / $38 / no data
Jun 2011: $3,549 / no data / $0 / no data
May 2011: $3,533 / no data / $38 / no data
Apr 2011: $3,517 / no data / $38 / no data
Mar 2011: $3,501 / no data / $38 / no data
Feb 2011: $3,500 / no data / $0 / no data
Jan 2011: $3,500 / no data / $0 / no data
Dec 2010: $3,500 / no data / Unknown / no data
Nov 2010: $3,500 / no data / Unknown / no data
Oct 2010: $3,500 / no data / Unknown / no data

The original amount of this account was $3,500

**DEPT OF EDUCATION/SALLIE MAE**

**Address:**
PO BOX 9635
WILKES BARRE, PA 18773
(800) 722-1300

**Account Number:**
96761533951E0072010....

**Address Identification Number:**
0180340715

**Status:** Open/Never late. Deferred, payments begin Feb 2014.

| **Date Opened:** 09/2010 | **Type:** Installment | **Credit Limit/Original Amount:** $1,776 |
|---|---|---|
| **Reported Since:** 12/2011 | **Terms:** NA | **High Balance:** NA |
| **Date of Status:** 01/2012 | **Monthly Payment:** $0 | **Recent Balance:** $1,776 as of 01/2012 |
| **Last Reported:** 01/2012 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Payment History:**

| 2012 | 2011 |
|---|---|
| JAN | DEC |
| OK | OK |

(14)

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $1,776 / no data / $0 / no data

The original amount of this account was $1,776

## DEPT OF EDUCATION/SALLIE MAE

| | |
|---|---|
| **Address:**<br>PO BOX 9635<br>WILKES BARRE, PA 18773<br>(800) 722-1300 | **Account Number:**<br>96761533951E0082010.... |

**Address Identification Number:**
0180340715

**Status:** Open/Never late. Deferred, payments begin Feb 2014.

| **Date Opened:**<br>09/2010 | **Type:**<br>Installment | **Credit Limit/Original Amount:**<br>$3,199 |
|---|---|---|
| **Reported Since:**<br>12/2011 | **Terms:**<br>NA | **High Balance:**<br>NA |
| **Date of Status:**<br>01/2012 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>$3,294 as of 01/2012 |
| **Last Reported:**<br>01/2012 | **Responsibility:**<br>Individual | **Recent Payment:**<br>$0 |

**Payment History:**

| 2012 | 2011 |
|---|---|
| JAN | DEC |
| OK | OK |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Dec 2011: $3,275 / no data / $0 / no data

The original amount of this account was $3,199

## FEDERAL LOAN SERVICING/PHEAA

| | |
|---|---|
| **Address:**<br>PO BOX 69184<br>HARRISBURG, PA 17106<br>(717) 720-1985 | **Account Number:**<br>2011250244FD0.... |

**Address Identification Number:**
0180340715

**Status:** Transferred,closed/Never late. Deferred, payments begin Jan 2014.

**Status Details:** This account is scheduled to continue on record until Dec 2021.

| **Date Opened:**<br>09/2010 | **Type:**<br>Installment | **Credit Limit/Original Amount:**<br>$1,750 |
|---|---|---|
| **Reported Since:**<br>10/2010 | **Terms:**<br>120 Months | **High Balance:**<br>NA |
| **Date of Status:**<br>12/2011 | **Monthly Payment:**<br>$0 | **Recent Balance:**<br>NA |
| **Last Reported:**<br>12/2011 | **Responsibility:**<br>Individual | **Recent Payment:**<br>NA |

**Creditor's Statement:** Account closed due to transfer.

**Payment History:**

| 2011 | | | | | | | | | | | | 2010 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

15

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Nov 2011: $1,776 / no data / $18 / no data
Oct 2011: $1,776 / no data / $18 / no data
Sep 2011: $1,776 / no data / $18 / no data
Aug 2011: $1,750 / no data / $18 / no data
Jul 2011: $1,750 / no data / $18 / no data
Jun 2011: $1,750 / no data / $18 / no data
May 2011: $1,750 / no data / $18 / no data
Apr 2011: $1,750 / no data / $18 / no data
Mar 2011: $1,750 / no data / Unknown / no data
Feb 2011: $1,750 / no data / Unknown / no data
Jan 2011: $1,750 / no data / Unknown / no data
Dec 2010: $1,750 / no data / Unknown / no data
Nov 2010: $1,750 / no data / Unknown / no data
Oct 2010: $1,750 / no data / Unknown / no data

The original amount of this account was $1,750

### FEDERAL LOAN SERVICING/PHEAA

| | |
|---|---|
| **Address:** | **Account Number:** |
| PO BOX 69184 | 2011250244FD0.... |
| HARRISBURG, PA 17106 | |
| (717) 720-1985 | |

**Address Identification Number:**
0180340715

**Status:** Transferred,closed/Never late. Deferred, payments begin Jan 2014.

**Status Details:** This account is scheduled to continue on record until Dec 2021.

| | | |
|---|---|---|
| **Date Opened:** | **Type:** | **Credit Limit/Original Amount:** |
| 09/2010 | Installment | $3,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 10/2010 | 1 Months | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 12/2011 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 12/2011 | Individual | NA |

**Creditor's Statement:** Account closed due to transfer.

**Payment History:**

| 2011 | | | | | | | | | | | | 2010 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Nov 2011: $3,199 / no data / $3,127 / no data
Oct 2011: $3,199 / no data / $3,127 / no data
Sep 2011: $3,199 / no data / $3,127 / no data
Aug 2011: $3,127 / no data / $3,127 / no data
Jul 2011: $3,127 / no data / $3,127 / no data
Jun 2011: $3,127 / no data / $3,127 / no data
May 2011: $3,127 / no data / $3,127 / no data
Apr 2011: $3,127 / no data / $3,127 / no data
Mar 2011: $3,000 / no data / Unknown / no data
Feb 2011: $3,000 / no data / Unknown / no data
Jan 2011: $3,000 / no data / Unknown / no data
Dec 2010: $3,000 / no data / Unknown / no data
Nov 2010: $3,000 / no data / Unknown / no data
Oct 2010: $3,000 / no data / Unknown / no data

The original amount of this account was $3,000

⑯

**SALLIE MAE**
**Address:**
11100 USA PKWY
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0180340715

**Account Number:**
9676153395100012009....

**Status:** Transferred,closed/Never late.

**Status Details:** This account is scheduled to continue on record until Oct 2019.

| | | |
|---|---|---|
| **Date Opened:** 04/2009 | **Type:** Installment | **Credit Limit/Original Amount:** $3,000 |
| **Reported Since:** 04/2009 | **Terms:** NA | **High Balance:** NA |
| **Date of Status:** 10/2009 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 10/2009 | **Responsibility:** Individual | **Recent Payment:** NA |

**Creditor's Statement:** Account transferred to another lender.

**Payment History:**

| 2009 | | | | | | |
|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR |
| CLS | OK | OK | OK | OK | OK | OK |

**SALLIE MAE**
**Address:**
11100 USA PKWY
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0180340715

**Account Number:**
9676153395100022009....

**Status:** Transferred,closed/Never late.

**Status Details:** This account is scheduled to continue on record until Oct 2019.

| | | |
|---|---|---|
| **Date Opened:** 04/2009 | **Type:** Installment | **Credit Limit/Original Amount:** $1,750 |
| **Reported Since:** 04/2009 | **Terms:** NA | **High Balance:** NA |
| **Date of Status:** 10/2009 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 10/2009 | **Responsibility:** Individual | **Recent Payment:** NA |

**Creditor's Statement:** Account transferred to another lender.

**Payment History:**

| 2009 | | | | | | |
|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR |
| CLS | OK | OK | OK | OK | OK | OK |

**SALLIE MAE**
**Address:**
11100 USA PKWY
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0180340715

**Account Number:**
9676153395100032009....

(17)

2/9/2012 1:43 PM

**Status:** Transferred,closed/Never late.       **Status Details:** This account is scheduled to continue on record until Oct 2020.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 07/2009 | Installment | $1,750 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 07/2009 | NA | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 10/2010 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 10/2010 | Individual | NA |

**Creditor's Statement:** Account transferred to another lender.

**Payment History:**

| 2010 | | | | | | | | | | 2009 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Sep 2010: $1,750 / no data / Unknown / no data
Aug 2010: $1,750 / no data / Unknown / no data
Jul 2010: $1,750 / no data / Unknown / no data
Jun 2010: $1,750 / no data / Unknown / no data
May 2010: $1,750 / no data / no data / no data
Apr 2010: $1,750 / no data / no data / no data
Mar 2010: $1,750 / no data / no data / no data
Feb 2010: $1,750 / no data / no data / no data

The original amount of this account was $1,750

**SALLIE MAE**
**Address:**                 **Account Number:**
11100 USA PKWY           9676153395100042009....
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0180340715

**Status:** Transferred,closed/Never late.       **Status Details:** This account is scheduled to continue on record until Oct 2020.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 07/2009 | Installment | $3,000 |
| **Reported Since:** | **Terms:** | **High Balance:** |
| 07/2009 | NA | NA |
| **Date of Status:** | **Monthly Payment:** | **Recent Balance:** |
| 10/2010 | $0 | NA |
| **Last Reported:** | **Responsibility:** | **Recent Payment:** |
| 10/2010 | Individual | NA |

**Creditor's Statement:** Account transferred to another lender.

**Payment History:**

| 2010 | | | | | | | | | | 2009 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History -** The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Sep 2010: $3,240 / no data / Unknown / no data
Aug 2010: $3,223 / no data / Unknown / no data
Jul 2010: $3,206 / no data / Unknown / no data

18

Jun 2010: $3,189 / no data / Unknown / no data
May 2010: $3,172 / no data / no data / no data
Apr 2010: $3,155 / no data / no data / no data
Mar 2010: $3,138 / no data / no data / no data
Feb 2010: $3,121 / no data / no data / no data

The original amount of this account was $3,000

## SALLIE MAE

**Address:**
11100 USA PKWY
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0180340715
**Status:** Transferred,closed/Never late.

**Account Number:**
9676153395100052009....

**Status Details:** This account is scheduled to continue on record until Oct 2020.

| | | |
|---|---|---|
| **Date Opened:** 11/2009 | **Type:** Installment | **Credit Limit/Original Amount:** $6,000 |
| **Reported Since:** 11/2009 | **Terms:** NA | **High Balance:** NA |
| **Date of Status:** 10/2010 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 10/2010 | **Responsibility:** Individual | **Recent Payment:** NA |

**Creditor's Statement:** Account transferred to another lender.

**Payment History:**

| 2010 | | | | | | | | | 2009 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History** - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Sep 2010: $6,298 / no data / Unknown / no data
Aug 2010: $6,264 / no data / Unknown / no data
Jul 2010: $6,230 / no data / Unknown / no data
Jun 2010: $6,195 / no data / Unknown / no data
May 2010: $6,161 / no data / no data / no data
Apr 2010: $6,127 / no data / no data / no data
Mar 2010: $6,093 / no data / no data / no data
Feb 2010: $3,064 / no data / no data / no data

The original amount of this account was $6,000

## SALLIE MAE

**Address:**
11100 USA PKWY
FISHERS, IN 46037
(888) 272-5543
**Address Identification Number:**
0180340715
**Status:** Transferred,closed/Never late.

**Account Number:**
9676153395100062009....

**Status Details:** This account is scheduled to continue on record until Oct 2020.

| | | |
|---|---|---|
| **Date Opened:** 11/2009 | **Type:** Installment | **Credit Limit/Original Amount:** $3,500 |
| **Reported Since:** 11/2009 | **Terms:** NA | **High Balance:** NA |

**Date of Status:**     **Monthly Payment:**     **Recent Balance:**
10/2010            $0                   NA
**Last Reported:**     **Responsibility:**     **Recent Payment:**
10/2010            Individual           NA

**Creditor's Statement:** Account transferred to another lender.

**Payment History:**

| 2010 | | | | | | | | | 2009 | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Balance History - The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
Sep 2010: $3,500 / no data / Unknown / no data
Aug 2010: $3,500 / no data / Unknown / no data
Jul 2010: $3,500 / no data / Unknown / no data
Jun 2010: $3,500 / no data / Unknown / no data
May 2010: $3,500 / no data / no data / no data
Apr 2010: $3,500 / no data / no data / no data
Mar 2010: $3,500 / no data / no data / no data
Feb 2010: $1,750 / no data / no data / no data

The original amount of this account was $3,500

## Record of Requests for Your Credit History        back to top

## Inquiries Shared With Others

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

The section below lists all of the companies that have requested your credit history as a result of action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

## CREDCO

**Address:**                                             **Date of Request:**
12395 FIRST AMERICAN WAY                   05/26/2011
POWAY CA 92064
*No phone number available*
**Address Identification Number:**
0180340715
**Comments:**
Education loan on behalf of VIDEO SYMPHONY ENTERTRAI. This inquiry is scheduled to continue on record until Jun 2013.

## ON-SITE MANAGER INC

**Address:**
307 ORCHARD CITY DR STE 110
CAMPBELL CA 95008
*No phone number available*
**Address Identification Number:**
0180340715
**Comments:**
Residential rental on behalf of ALLIANCE RESIDENTIAL COM. This inquiry is scheduled to continue on record until Apr 2013.

**Date of Request:**
03/22/2011

## NATIONWIDE CREDIT INC

**Address:**
2002 SUMMIT BLVD STE 600
ATLANTA GA 30319
(800) 456-4729
**Address Identification Number:**
0180340715
**Comments:**
Permissible purpose. This inquiry is scheduled to continue on record until Jul 2012.

**Date of Request:**
06/29/2010

— Sent

## ACCOUNT SRVS CLCTNS, INC

**Address:**
1802 NE LOOP 410 STE 400
SAN ANTONIO TX 78217
*No phone number available*
**Address Identification Number:**
0180340715
**Comments:**
Collection purpose. This inquiry is scheduled to continue on record until Jul 2012.

**Date of Request:**
06/07/2010

— Sent

## ON-SITE MANAGER INC

√ok

**Address:**
307 ORCHARD CITY DR STE 110
CAMPBELL CA 95008
*No phone number available*
**Address Identification Number:**
0180340715
**Comments:**
Residential rental on behalf of LOGAN PROPERTY MANAGEMEN. This inquiry is scheduled to continue on record until May 2012.

**Date of Request:**
04/05/2010

## Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;



2/9/2012 1:43 PM

- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application.

These inquiries do not affect your credit score.

## P & B CAPITAL GROUP LLC

**Address:**
369 WASHINGTON ST STE 100
BUFFALO NY 14203
*No phone number available*

*[handwritten: DIDN't SEAD letter / TRY SEAD ANE letter – SEAD letter FROM ATTORNEy]*

**Date of Request:**
01/04/2012

*[handwritten: SEAD letter 3/2]*

## AMERICAN EXPRESS 2

**Address:**
PO BOX 981537
EL PASO TX 79998
(800) 874-2717

**Date of Request:**
01/02/2012

## AMERICAN EXPRESS CO

**Address:**
PO BOX 981537
EL PASO TX 79998
(800) 874-2717

**Date of Request:**
12/29/2011

## CAP ONE

**Address:**
PO BOX 30281
SALT LAKE CITY UT 84130
*No phone number available*

**Date of Request:**
11/30/2011, 10/26/2011

## HSBC NV CARD SERVICES

**Address:**
12447 SW 69TH AVE
TIGARD OR 97223
*No phone number available*

**Date of Request:**
11/18/2011, 04/22/2011

## CONSUMER PORTFOLIO SERVI

**Address:**
19500 JAMBOREE RD # FLRS 4/6
IRVINE CA 92612

**Date of Request:**
09/28/2011, 07/08/2011, 03/30/2011

## ENHANCED RECOVERY CO LLC

**Address:**
8014 BAYBERRY RD
JACKSONVILLE FL 32256
*No phone number available*

*RCFA 309484/*

**Date of Request:**
01/17/2011

## HSBC TAXPAYER FINANCIAL SERVICES

**Address:**
90 CHRISTIANA RD
NEW CASTLE DE 19720
*No phone number available*

**Date of Request:**
08/11/2010

## BANK OF AMERICA

**Address:**
PO BOX 17054
WILMINGTON DE 19850
(800) 421-2110

**Date of Request:**
03/02/2010

## BANK OF AMERICA

**Address:**
PO BOX 17054
WILMINGTON DE 19850
(800) 421-2110

**Date of Request:**
02/26/2010

## AMEX ACCOUNT REVIEW

**Address:**
PO BOX 981537
EL PASO TX 79998
(800) 874-2717

**Date of Request:**
02/03/2010

## EXPERIAN

**Address:**
PO BOX 9600
ALLEN TX 75013
*No phone number available*

**Date of Request:**
02/13/2008, 01/16/2008, 12/17/2007,
12/06/2007, 11/26/2007, 11/06/2007,
10/31/2007, 10/31/2007, 10/19/2007

## EXPERIAN

(Z3)

**Address:**

*No phone number available*

**Date of Request:**
10/19/2007

## Personal Information

back to top

The following information is reported to us by you, your creditors and other sources. Each source may report your personal info differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud prevention efforts, a notice with additional information may appear. As a security precaution, we did not list the Social Security number that you provided when you contacted us. If any Social Security number variations were reported to us, only the last four digits of each are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in these numbers may be part of the displayed portion or part of the hidden portion. The names are listed in no particular order and may include variations of your legal name. The Name identification number is how our system identifies the names associated with respective accounts on your credit report. These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address. The Geographical Code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

**Names:**
JAMEY D JIMERSON
**Name identification number:** 6766

JAMEY JIMERSON
**Name identification number:** 4752

JAMEY DEON JIMERSON
**Name identification number:** 20972

JAMES DEAN JIMERSON
**Name identification number:** 3134

JIMERSON JAMEY
**Name identification number:** 14961

**Address:** 1799 ALICANTE ST
POMONA, CA 91768-4111
**Address identification number:** 0180340715
**Type of Residence:** Single family
**Geographical Code:** 0-40220030-37-4480

**Address:** 3101 VISTA DR APT4301
ROSENBERG, TX 77471-2382
**Address identification number:** 0496237367
**Type of Residence:** Apartment complex
**Geographical Code:** 0-67530010-157-3360

**Address:** 385 S LEMON AVE
WALNUT, CA 91789-2727
**Address identification number:** 0706740912
**Type of Residence:** Multifamily
**Geographical Code:** 0-40340120-37-2000

**Year of birth:**
1989

**Employers:**
JJJETPLAN3 INC.

**Telephone numbers:**
(909) 355-5900 Residential
(909) 629-9727 Residential
(909) 717-4503 Cellular

24

**Notices:**
This address has pertained to a business: 1799 ALICANTE ST POMONA CA 91768 .
This address has pertained to a business: 385 S LEMON AVE WALNUT CA 91789 .
GENERAL BUILDING CONTRACTOR: 1799 ALICANTE ST, POMONA, CA, 91768 .
COMMERCIAL BUSINESS ADDRESS: 385 S LEMON AVE, WALNUT, CA, 91789 .

## Important Message From Experian                    back to top

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition).
Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer
Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they
display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain
medical information are disclosed to others.

## Know your rights                                   back to top

# FCRA Rights

**Para informacion en español, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room
130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

**A Summary of Your Rights under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of
consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and
specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history
records). Here is a summary of your major rights under the FCRA. **For more information, including information about
additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade
Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or
  another type of consumer report to deny your application for credit, insurance, or employment – or to take another
  adverse action against you – must tell you, and must give you the name, address, and phone number of the agency
  that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the
  files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification,
  which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a
  free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau
  and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness
  based on information from credit bureaus. You may request a credit score from consumer reporting agencies that
  create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some
  mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that
  is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless
  your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**

Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| Type of Business: | Contact: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 1 877 382 4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help PO Box 1200 Minneapolis, MN 55480 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 1 800 842 6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 1 703 519 4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638 1 877 275 3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation Office of Financial Management Washington, DC 20590 1 202 366 1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250 1 202 720 7051 |

States Rights



Notification of rights for Alaska consumers
Notification of rights for Arkansas consumers
Notification of rights for California consumers
California notice of your rights to request and obtain your credit score
Notification of rights for Colorado consumers
Notification of rights for Connecticut consumers
Notification of rights for Delaware consumers
Notification of rights for District of Columbia consumers
Notification of rights for Florida consumers
Notification of rights for Georgia consumers
Notification of rights for Indiana consumers
Notification of rights for Maryland consumers
Notification of rights for Massachusetts consumers
Notification of rights for Missouri consumers
Notification of rights for Montana consumers
Notification of rights for Nevada consumers
Notification of rights for New Hampshire consumers
Notification of rights for New Jersey consumers
Notification of rights for New Mexico consumers
Notification of rights for New York consumers
Notification of rights for North Carolina consumers
Notification of rights for North Dakota consumers
Notification of rights for Ohio consumers
Notification of rights for Oklahoma consumers
Notification of rights for Rhode Island consumers
Notification of rights for Tennessee consumers
Notification of rights for Texas consumers
Notification of rights for Vermont consumers
Notification of rights for Virginia consumers
Notification of rights for Washington consumers
Notification of rights for West Virginia consumers
Notification of rights for Wisconsin consumers

©Experian 2012. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

2/9/2012 1:43 PM

# EXHIBIT B

JAMEY JIMERSON
1799 ALICANTE ST
POMONA CA, 91768

VERIFACTS INC.
204 1ST AVE
STERLING IL 61081

03/02/012

Re: Unauthorized Credit Inquiry

Dear VERIFACTS INC.,

I recently received a copy of my Experian credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on any file unless I have authorized it.   Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue.  Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you did have my authorization to inquire into my credit report, then please send me proof of this within ( 10) business days.

Thanking you in advance,


Sincerely,



JAMEY JIMERSON
SSN#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
*Attachment included*

# EXHIBIT C



①

# EXHIBIT D



March 6, 2012

Jamey Jimerson
1799 Alicante St
Pomona CA 91768

RE: Response to letter dated 3-2-12

Mr. Jimerson,

We wish to acknowledge receipt of your letter regarding claims of an unauthorized credit inquiry.

VeriFacts, Inc. has a permissible purpose under the Fair Credit Reporting Act to obtain your consumer report in connection with "a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer." Nothing in the Fair Credit Reporting Act requires that you have an account with the person making the inquiry or that the inquirer must be a collection agency for this permissible purpose to apply. There have been a number of court cases to this effect.

However, please note that VeriFacts, Inc. is merely in the business of information gathering and has no interest in any account or debt to be collected from you. VeriFacts, Inc. is not a debt collector and is not attempting to collect a debt from you.

Therefore, VeriFacts, Inc. has not violated any provision of the Fair Credit Reporting Act in obtaining your consumer report from Trans Union or Experian.

Sincerely,


Compliance & Privacy Department

# EXHIBIT E

# AFFIDAVIT OF NOTARY PRESENTMENT

## CERTIFICATION OF MAILING

State of California            )
                                ) ss.
County of Los Angeles)

On this _9TH_ day of ___MAY_____, A.D. 20_12_, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that JAMEY DEON JIMERSON appeared before me with the following documents listed below.  I, the undersigned notary, personally verified that these documents were placed in an envelope and sealed by me. Envelope being tracked by  United States Post Office   Registered/Certified  Mail  Receipt  number  REGISTERED/CERTIFIED  MAIL # _7007 0710 0002 8676 6/09_____ to

<u>NAME AND ADDRESS OF THE RECEIVER</u>
VERIFACTS INC.
204 1ST AVE
STERLING IL 61081
<u>Number  of Pages</u>

   1)  NOTARY  PRESENTMENT
     1
   2)  NOTICE OF PENDING LAWSUIT
     1

WITNESS my hand and official seal.

    _Ret RITA M. Patel_

_____      (Seal)
Notary Public                                          Date

RITA M. PATEL
COMM. #1835035
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 2, 2013
BCT14

My commission expires: _March 2 2013_____, 20_____

<u>Legal Notice</u>
The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant*. The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, and Titled "Deprivation of Rights under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/ or United States of America those rights protected by the Constitution and U.S. laws.



JAMEY JIMERSON

1799 ALICANTE ST
POMONA, CA 91768


VERIFACTS INC.

204 1ST AVE
STERLING IL 61081

May 9, 2012

## NOTICE OF PENDING LAWSUIT

To whom it may concern,

This is being sent prior to filing suit an opportunity to amicably cure VERIFACTS INC. violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681b,  Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692c(a)(1), 15 U.S.C. § 1692g(a) FDCPA and the Rosenthal Fair Debt Collection Practices Act § 1788.11(e), § 1788.10(d).


I am willing to settle these matters amicably without having to file suit and am giving you five days from receipt of this letter to take the opportunity to do so.  If VERIFACTS INC. chooses not to settle the matters at hand then I will have no choice but to file suit and seek my remedy in a court of law.

I can be reached directly at 909-717-4503 (cell) or via email at

jameyjimerson@gmail.com.   This cell number is not to be called, shared, or used for any

purpose other than to address the matters at hand.

Respectfully,

_____

by: JAMEY DEON JIMERSON

2

# EXHIBIT F



**U.S. Postal Service**™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

STERLING IL 61081

| | | | |
|---|---|---|---|
| Postage | $ | $0.45 | 0821 |
| Certified Fee | | $2.95 | 02 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | MAY -9 2012 |
| Total Postage & Fees | $ | $3.40 | 05/09/2012 |

Sent To   *VERFACTS*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0002 8676 6104

①

# EXHIBIT G



May 18, 2012


Jamey Jimerson
1799 Alicante St
Pomona CA  91768


RE: Response to Notice of Pending Lawsuit

Mr. Jimerson,

We have received your "Notice of Pending Lawsuit." As I told you in my letter of March
6, 2012, VeriFacts, Inc. is in the business of information gathering, otherwise known as
location services. Our clients are in the debt collection business and VeriFacts provides a
location service for them. One of our clients, MSW Capital is attempting to reach you in
regards to an existing business relationship and was in need of your current location
information. Accordingly, VeriFacts obtained limited contact information from a
consumer reporting agency.

VeriFacts has a permissible purpose to receive your credit report under the Fair Credit
Reporting Act. We obtained limited location information from your report in connection
with the collection of a debt. Nothing in the Fair Credit Reporting Act requires that you
consent, or that you have an account with the person making the inquiry or that the
inquirer must be a collection agency for this permissible purpose to apply. There have
been a number of court cases to this effect.

And, as I mentioned previously, VeriFacts, Inc. is merely in the business of information
gathering and has no interest in any account or debt to be collected from you. VeriFacts,
Inc. is not attempting to collect a debt from you.

Therefore, VeriFacts, Inc. has not violated any provision of the Fair Credit Reporting Act
or the Fair Debt Collection Agencies Act in obtaining your consumer report from Trans
Union or Experian. Please be aware that we seek costs when a frivolous lawsuit if filed
against us.

Sincerely,


Compliance & Privacy Department

# EXHIBIT H



Jamey Jimerson <jjjetplan3@gmail.com>

## Compliace & Privacy Department- RE: Jamey Jimerson

**Jamey Jimerson** <jjjetplan3@gmail.com>              Wed, Jul 25, 2012 at 5:14 PM
To: sales@skiptracers.com

PRIVATE-NON NEGOTIABLE

To whom it may concern:

JAMEY JIMERSON
1799 ALICATNE ST
POMONA, CA. 91768

This email is written to give VERIFACTS INC. the opportunity to avoid a lawsuit in Federal Court. VERIFACTS INC. is in possession of Mr. JIMERSON'S original letters dated 3/02/2012; 4/9/2012. JAMEY JIMERSON is in possession of VERIFACTS INC. letters dated, 3/06/2012.

The FCRA provides definitions for permissions regarding the authority needed to report in or pull and view a consumers credit transaction report.

In your letter dated 3/6/2012, VERIFACTS INC. wrote,"Nothing in the Fair Credit Reporting Act requires that you have an account with the person making the inquiry or that the inquirer must be a collection agency for permissible purpose to apply." In response, the FCRA requires that you have the contractual documentation of a credit transaction, proof of your extension of credit to the consumer which may lead to an account.

"Verifacts, Inc. has a permissible purpose under the Fair Credit Reporting Act to obtain your consumer report in connection..." is a quote from VERIFACTS INC. letter dated 3/6/2012. This quote describes admission of the possession JAMEY JIMERSON'S information.

"However,..."has no interest in any account or debt to be collected from you.".. is a quote from VERIFACTS INC. letter dated 3/6/2012. This quote describes admission of a non permissible purpose . FCRA states in § 604. Permissible purposes of consumer reports [15 U.S.C. § 1681b](3)
      To a person which it has reason to believe
          (A) intends to use the information in connection with a credit transaction
          involving the consumer on whom the information is to be furnished and
          involving the extension of credit to, or review or collection of an account of,
          the consumer; or

VERIFACTS INC. has not provided documentation of a credit transaction nor documentation from me requesting you pull a consumer report for me.
VERIFACTS INC. has not provided documentation for an extension of credit from VERIFACTS INC. to me.
VERIFACTS INC. has admitted it has no interest in any account or debt to be collected from me and is not a debt collector

Yet VERIFACTS INC. pulled Mr. JIMERSON'S consumer report. If VERIFACTS INC. has no interest to view and is not involved with a collection of an account, is not a debt collector and does not possess a credit transaction with me why have they pulled my consumer report?

VERIFACTS INC. must have record of a credit translation involving JAMEY JIMERSON, the consumer with VERIFACTS INC. that could result in an account, to review the report showing said credit transaction or to collect on said credit transaction. Since you have not provided evidence of a transaction and have obtained information from JAMEY JIMERSON'S consumer report, (your admission of such in letter dated 5/6/2012,



"Accordingly, Verifacts obtained limited contact information from a consumer reporting agency.") save yourself time and exhausting monetary efforts in court.

*On 7/27/2012 a complaint will be lodged in Federal Court.* I am willing to discuss settling this issue out of court, contact me via email only.

Thank you.

Jamey Jimerson
SSN#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

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, JAMEY D. JIMERSON.

**PRIVATE-NON NEGOTIABLE**

# EXHIBIT I



# VeriFacts Inc.
Expert Skip Trace Solutions

Home | Programs | Technology and Quality Assurance | Calendar of Events | News | Contact Us

## Contact Us

VeriFacts offers free consultation with programs and customized services. Working together, we'll create a solution that will exceed your expectations and enhance your bottom line.

Please contact us. We look forward to earning your business!

Phone: 800-642-7434
Fax: 800-361-9647
Email: sales@verifacts.com
VeriFacts is located at 201 1st Avenue in Sterling, IL 61081



**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JAMEY D. JIMERSON, An individual | VERIFACTS INC., A corporation AND DOES #10, inclusive, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| JAMEY D. JIMERSON 1799 Alicante St, POMONA, CA. 91768 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** 1,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1681

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV12-6462

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | White Side County |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):  _____  Date   7/27/12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |