JAMEY DEON JIMERSON
1799 Alicante St.
Pomona, CA 91768
Telephone: (909) 717-4503
Facsimile: (424) 785-1126
E-mail: jjjeptlan3@gmail.com

Plaintiff in Pro Per,
JAMEY D. JIMERSON

FILED
2012 SEP 21 PM 1:23
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY D. JIMERSON, an individual<br><br>Plaintiff,<br><br>vs.<br><br>VERIFACTS INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 12-cv-06462-RGK-MRM<br><br>**PLAINTIFF NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Jude R. Gary Klausner<br><br>Action Filed: July. 27, 2012 |

Dated: September 21, 2012

**PLEASE TAKE NOTICE** that Plaintiff JAMEY D. JIMERSON ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses all claims in this action *without prejudice* as to Defendants VERIFACTS INC. and DOES 1-10.

Federal rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

---

Notice of Voluntary Dismissal
12-cv-06462-RGK-MRM

Page 1

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss and action without a court order by filing.

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: SEPTEMBER 21, 2012

By: _____
By, JAMEY DEON JIMERSON,
Plaintiff in Pro Per
Notice of Voluntary Dismissal
12-cv-06462-RGK-MRM                                                      Page 2

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

JAMEY D JIMERSON
1799 ALICANTE ST
POMONA, CA 91768
TEL     (909) 717-4503

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY D. JIMERSON, an individual<br><br>PLAINTIFF(S),<br>v.<br>VERIFACTS INC., and DOES 1-10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>12-cv-06462-RGK-MRM<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES, State of California, and not a party to the above-entitled cause. On SETEMBER 21st, 20 12, I served a true copy of PLAINTIFF NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: USPS POST OFFICE - LAVERNE CALIFORNIA
Executed on SEPTEMBER 21st, 20 12 at LOS ANGELES COUNTY, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

*Signature*              *Party Served*

CV-40 (01/00)      PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE